**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1891**

———————

GARY W. SAYRE,

Plaintiff - Appellant,

versus

FMRS MENTAL HEALTH COUNCIL, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Joseph Robert Goodwin,
District Judge.  (5:04-cv-00333)

———————

Submitted: February 22, 2007          Decided:  February 27, 2007

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary W. Sayre, Appellant Pro Se.  Brian Dale Morrison, SCHUMACHER,
FRANCIS & NELSON, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Gary W. Sayre appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Sayre v. FMRS Mental Health Council, Inc.</u>, No. 5:04-cv-00333 (S.D.W. Va. July 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>